**TO: Clerk's Office**
     **UNITED STATES DISTRICT COURT**
     **EASTERN DISTRICT OF NEW YORK**
_____

    **APPLICATION FOR LEAVE**
  **TO FILE DOCUMENT UNDER SEAL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

                     24 MJ 34

    -v.-             _____
                    Docket Number

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUBMITTED BY: Plaintiff____ Defendant____ DOJ ____
Name:_____
Firm Name:_____
Address:_____
_____
Phone Number:_____
E-Mail Address:_____

INDICATE UPON THE PUBLIC DOCKET SHEET: YES_____ NO_____
**If yes, state description of document to be entered on docket sheet:**

_____

_____

_____

**A) If pursuant to a prior Court Order**:
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

**B) If a <u>new</u> application,** the statute, regulation, or other legal basis that authorizes filing under seal

_____

_____

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY <u>NOT</u> BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: January 17, 2024 , NEW YORK
_____
**U.S. MAGISTRATE JUDGE** *Marcia M. Henry*

RECEIVED IN CLERK'S OFFICE_____
                              DATE

**MANDATORY CERTIFICATION OF SERVICE**:
**A.)** ___ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or **C.)** ____This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

_____    _____
    DATE               *Sean Fern*
                       SIGNATURE

KTF:SMF
F. #2023R00317

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

24 MJ 34

UNITED STATES OF AMERICA

- against -

KESHIA RIEDEWALD,

　　　　　　　　　Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

C O M P L A I N T

(18 U.S.C. §§ 1709; 3551 <u>et</u> <u>seq</u>.)

EASTERN DISTRICT OF NEW YORK, SS:

ERIN NOLAN, being duly sworn, deposes and states that she is a Special

Agent with the United States Postal Service, Office of Inspector General, duly appointed

according to law and acting as such.

In or about and between April 2023 and January 2024, both dates being

approximate and inclusive, within the Eastern District of New York and elsewhere, the

defendant KESHIA RIEDEWALD, being a United States Postal Service ("USPS")

employee, did knowingly and intentionally embezzle letters, packages and mail, and articles

and things contained therein entrusted to her and which came into her possession intended to

be conveyed by mail, and steal, abstract and remove from such letters, packages and mail one

or more articles and things contained therein.

(Title 18, United States Code, Sections 1709 and 3551 <u>et</u> <u>seq</u>.)

The source of your deponent's information and the grounds for her belief are as follows:[1]

1.     I am a Special Agent with the United States Postal Service, Office of Inspector General ("USPS-OIG") and have been involved in the investigation of numerous cases involving mail theft and fraud, bank fraud and identity theft.  I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

## PROBABLE CAUSE

2.     The United States, including the USPS-OIG and other law enforcement agencies, is currently investigating the defendant KESHIA RIEDEWALD and others in connection with a ring of criminals who have been illegally cashing U.S. Treasury checks and using credit cards stolen from the Brooklyn Processing and Distribution Center (the "Brooklyn P&D Center").

3.     The defendant KESHIA RIEDEWALD is an employee at the Brooklyn P&D Center, where she works as a United States Postal Service ("USPS") mail processing clerk.  She worked at the Brooklyn P&D Center from 2016 to 2019 and again from 2021 to the present.

---

[1]     Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

**Surveillance Conducted at the Brooklyn P&D Center**

       4.      On or about April 5, 2023, I conducted physical surveillance of the defendant KESHIA RIEDEWALD at the Brooklyn P&D Center at which she works. During the surveillance, I observed RIEDEWALD take mail, put it into her pants and thereafter leave the facility. A screenshot of the surveillance footage I took appears below:



       5.      On or about September 13, 2023, I conducted physical surveillance of the defendant KESHIA RIEDEWALD at the Brooklyn P&D Center at which she works. During the surveillance, I observed RIEDEWALD take mail, put it into her personal bag, and thereafter leave the processing facility. A screenshot of the surveillance footage I took appears below:



6.      On or about October 31, 2023, I conducted physical surveillance of the defendant KESHIA RIEDEWALD at the Brooklyn P&D Center at which she works. During the surveillance, I observed RIEDEWALD take mail, put it into her personal bag, and thereafter leave the processing facility.   Screenshots of the surveillance footage I took appear below:



7.     On or about December 20, 2023, I conducted physical surveillance of the defendant KESHIA RIEDEWALD at the Brooklyn P&D Center at which she works. During the surveillance, I observed RIEDEWALD take mail, including a U.S. Treasury check addressed to a residence in Staten Island, New York, and leave the facility. Screenshots of the surveillance footage I took appear below:





8.     On or about January 17, 2024, I conducted physical surveillance of the
defendant KESHIA RIEDEWALD at the Brooklyn P&D Center at which she works.
During the surveillance, I observed RIEDEWALD take mail, put it into her personal bag, and

thereafter leave the processing facility.    Screenshots of the surveillance footage I took

appear below:







WHEREFORE, your deponent respectfully requests that the defendant KESHIA

RIEDEWALD be dealt with according to law.

ERIN NOLAN
Special Agent, United States Postal Service, Office of Inspector General

Sworn to before me by telephone
this 17th day of January, 2024

THE HONORABLE MARCIA M. HENRY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

United States of America
v.
KESHIA RIEDEWALD

_____
*Defendant*

)
)
)
)
)
)

Case No.

24 MJ 34

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Keshia Riedewald                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   Title 18, United States Code, Section 1709 (theft of mail by officer or employee)

Date:   January 17, 2024

*Marcia M. Henry*
_____
*Issuing officer's signature*

City and state:   Brooklyn, New York

Hon. Marcia M. Henry, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |

_____
*Arresting officer's signature*

_____
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   Keshia Riedewald

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:   12/17/1987

Social Security number:

Height:                                                          Weight:

Sex:   Female                                              Race:   Black/African American

Hair:                                                            Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: